UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesse BARBA–MARTINEZ,
Defendant–Appellant.

No. 01–50267.

D.C. No. CR–00–02554–IEG.

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2002.*

Decided May 29, 2002.

Before FERNANDEZ, RYMER, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Jesse Barba–Martinez appeals the conviction and 30–month sentence imposed following his guilty plea to one count of importing marijuana in violation of 21 U.S.C. § 952 and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Barba–Martinez's contention that sections 952 and 960 are unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by our decisions in *United States v. Mendoza–Paz*, 286 F.3d 1104, 1110 (9th Cir.2002) and *United*

*States v. Varela–Rivera*, 279 F.3d 1174, 1175 n. 1 (9th Cir.2002).

Barba–Martinez's contention that the district court should have dismissed the indictment because it failed to allege that he knowingly imported a precise quantity and type of controlled substance is foreclosed by *United States v. Carranza*, 289 F.3d 634, 643 (9th Cir.2002) (holding that *Apprendi* did not change the long established rule that the government need not prove that the defendant had knowledge of the type and amount of controlled substance).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

